IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| URBAN OAKS BUILDERS LLC, *et al.*, | § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-cv-4211 |
| GEMINI INSURANCE COMPANY, *et al.*, | § § § | |
| *Defendants.* | § § § | |

## ORDER

Pending before the Court is Defendants Navigators Specialty Insurance Company's ("Navigators"), Gemini Insurance Company's ("Gemini"), and Great American Assurance Company's ("Great American") Joint Motion to Stay Remaining Case Deadlines Pending Ruling on the Pending Motions for Summary Judgment ("Joint Motion"). (Doc. No. 411). Plaintiffs Urban Oaks Builders LLC, Hines Interest Limited Partnership, 1662 Multifamily LLC, Hines 1662 Multifamily LLC, Hines Investment Management Holdings Limited Partnership, and JCH Investments, Inc. (collectively "Plaintiffs") and Southstar Capital Group I, LLC, Cottington Road TIC, LLC and Durban Road TIC, LLC (collectively the "Southstar Parties") responded in opposition. (Doc. No. 413). Defendants Navigators, Gemini, and Great American filed a reply. (Doc. No. 414).

The current scheduling order (Doc. No. 335) reflects a final pretrial conference date of January 29, 2024, and a jury trial on February 5, 2024. Defendants Navigators, Gemini, and Great American request that the Court stay the remaining case deadlines pending ruling on the fifteen outstanding motions in this case. Plaintiffs and the Southstar parties request that the current deadlines remain in place to facilitate resolution in the related Bankruptcy Action.

1

The Court recognizes that the corresponding Bankruptcy Action was stayed pending resolution of the instant action. Nonetheless, the Court has another matter scheduled for trial on February 5, 2024, so the current trial setting would need to be rescheduled in any event.

The Court hereby **GRANTS** Defendants Navigators, Gemini, and Great American's Joint Motion. (Doc. No. 411).

Signed at Houston, Texas, this 12th day of December, 2023.

_____
Andrew S. Hanen
United States District Judge